**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DEUTSCHE BANK NATIONAL TRUST COMPANY, *as Trustee for Long Beach Mortgage Loan Trust 2006-3*,<br><br>  Plaintiff,<br><br>    v.<br><br>LOUIS PITTARI,<br><br>  Defendant. | CIVIL ACTION NO. 3:12-CV-0053<br><br>(JUDGE CAPUTO) |

**ORDER**

  **NOW**, this   30th   day of March, 2012, **IT IS HEREBY ORDERED** that Defendant's Motion to Dismiss for Lack of Jurisdiction (Doc. 5) is **DENIED.**

                              /s/ A. Richard Caputo
                              A. Richard Caputo
                              United States District Judge